Kevin Mark ABELA, Petitioner–
Appellant,

v.

William MARTIN, Director, Michigan
Department of Corrections,
Respondent–Appellee.

No. 00–2430.

United States Court of Appeals,
Sixth Circuit.

Jan. 21, 2003.

Before: MARTIN, Chief Judge;
BOGGS, BATCHELDER, DAUGHTREY,
MOORE, COLE, CLAY, GILMAN,
GIBBONS, and ROGERS, Circuit Judges.

ORDER

A majority of the Judges of this Court in regular active service have voted for re-hearing of this case en banc. Sixth Circuit Rule 35(a) provides as follows:

"The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal."

Accordingly, it is ORDERED, that the previous decision and judgment of this court is vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.

It is further ORDERED that the parties file a supplemental brief not later than Monday, February 17, 2003.